UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED THE FOLLOWING CASES:**

*Airhart et al. v. United States*, Case No. 09-5477

## JUDGMENT

Considering Defendant United States of America's motion for entry of Fed. R. Civ. P. 54(b) Judgment and this Court's Order and Reasons (Rec. Doc. 14486), *aff'd, In Re: FEMA Trailer Formaldehyde Products Liability Litigation*, --- F.3d ----, 2012 WL 171898 (Jan. 5, 2012), Order and Reasons (Doc. Rec. 717, 2671, 14124, 24961), dismissing all Mississippi and Louisiana Plaintiffs' claims against the United States for lack of subject matter jurisdiction, this Court finds that there is no just reason for delay, and

**IT IS ORDERED, ADJUDGED and DECREED** that there be a Fed. R. Civ. P. 54(b) judgment in favor of the defendant, United States of America, and that any and all claims asserted by Plaintiffs in this action against the United States of America are hereby *DISMISSED WITH PREJUDICE*.

**DONE AND SIGNED** this 31st day of May, 2012.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　**HONORABLE KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**JUDGE, UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　**EASTERN DISTRICT OF LOUISIANA**